IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARPENTERS COMBINED FUNDS, INC., By JAMES R. KLEIN, Administrator,<br><br>        Plaintiff,<br><br>        v.<br><br>G.C. WALL, INC.,<br><br>        Defendant. | Civil Action No. 11-0938 |

## MOTION TO DISCONTINUE ACTION

Please enter an order discontinuing the above-referenced case against Defendant, G.C. Wall, Inc.

TUCKER ARENSBERG, P.C.

*s/ Jeffrey J. Leech*
Jeffrey J. Leech
PA I.D. #19814
1500 One PPG Place
Pittsburgh, PA 15222
(412) 594-5524

Attorneys for Plaintiff,
Carpenters Combined Funds, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion to Discontinue Action was served by first class U.S. mail, this 29th day of October, 2012, upon the following:

> G.C. Wall, Inc.
> P.O. Box 4181
> Wyoming, PA 18644

> s/ Jeffrey J. Leech
> Jeffrey J. Leech

LIT:533446-1 010342-132463