IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CARPENTERS COMBINED FUNDS, INC., By                )
JAMES R. KLEIN, Administrator,                     )
                                                    )        Civil Action No. 11-0938
                    Plaintiff,                      )
                                                    )
              v.                                    )
                                                    )
G.C. WALL, INC.,                                    )
                                                    )
                    Defendant.                      )

## ORDER OF COURT

AND NOW, to wit, this _5th_ day of _November_, 2012, it is hereby

ORDERED that the above-referenced case is DISCONTINUED as to Defendant, G.C.

Wall, Inc.

_____
United States District Court Judge

LIT:533448-1